JS-6

Charles L. Fanning IV, Esq., State Bar No. 248704
THE FANNING LAW FIRM APC
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4887
cfanning@fanning.law

David E. Outwater, Esq., State Bar No. 178093
OUTWATER & PINCKES, LLP
900 Roosevelt
Irvine, California 92620
Telephone: (949) 748-7480
doutwater@oplawyers.com

Attorneys for Plaintiffs,
MICHAEL COLACO and MSG INVESTMENT, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL COLACO and MSG INVESTMENT, INC. as Assignees of STUART FROST,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC.; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.  8:23−cv−01537−KK−ADS<br><br>**ORDER OF DISMISSAL PER STIPULATION [FRCP 41(a)(1)(A)(ii)]**<br><br><br>Judge:        Hon. Kenly K. Kato<br><br>Trial Date:  August 15, 2024 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, with each party bearing that party's own attorney's fees and costs.  This dismissal expressly has no effect on  the action captioned *Michael*

1   *Colaco, et. al. v. Liberty Insurance Underwriters, Inc*., et. al. Case No. 30-2022-

2   01244379-CU-IC-CXC pending in the Superior Court of California, County of Orange.

3   The Clerk is directed to close the file.

4

5   DATED:  February 22, 2024      _____

6                                                         Hon. Kenly K. Kato

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2